UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LAVENUS PEARLETTE GORDON,

    Plaintiff

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

Case No. 2:16-CV-06825-GJS

**JUDGMENT**

    IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and this matter REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED: December 28, 2017

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE