IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| LAVENUS P. GORDON, | ) | Case No.: 2:16-CV-06825 |
| | ) | |
| Plaintiff | ) | ORDER GRANTING THE |
| v. | ) | PARTIES' STIPULATION |
| | ) | FOR FEES UNDER THE EQUAL |
| NANCY BERRYHILL, | ) | ACCESS TO JUSTICE ACT |
| Acting Commissioner Social Security | ) | |
| | ) | |
| Defendant. | ) | Judge: Hon. GAIL J. STANDISH |
| _____ | ) | |

Upon consideration of the parties' Stipulation for Award of Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 et seq., IT IS HEREBY ORDERED:

1. Defendant will pay Plaintiff a total of $6,150.00 in EAJA fees. This amount is payable to Plaintiff, not directly to her counsel. Payment will be sent to the office of Plaintiff's attorney, Christopher L. Coats, Esq.

2. Defendant's payment of this amount bars any and all claims Plaintiff may have relating to EAJA fees and expenses in connection with this action.

3. Defendant's payment of this amount is without prejudice to Plaintiff's counsels' right to seek attorney fees under Section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA. Such a motion

shall be filed within 60 days of receipt of a Notice of Award regarding all benefits payable to Plaintiff and auxillary beneficiaries, if any.

4. This Order should not be construed as a concession that the Commissioner's administrative decision denying benefits to Plaintiff was not substantially justified.

Dated: February 26, 2018

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE